UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE CHRISTOPHER SMITH,<br><br>Plaintiff,<br><br>v.<br><br>XAVIER BECERRA, et al.,<br><br>Defendants. | No. 2:19-cv-0287 KJM DB P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 28, 2019, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file and considered the contents of plaintiff's objections including his stated concerns regarding the disposition of his prior cases in the Fresno Division of this court, the court finds the findings and recommendations to be supported by the record and by proper analysis. To the extent plaintiff includes facts in his

1

objections, he may incorporate them in any amended complaint as provided in the findings and recommendations.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 28, 2019, are adopted in full;

2. Plaintiff's claims arising in the Fresno Division of this court are dismissed without prejudice to their renewal in a separate action in that division;

3. Plaintiff's motion for "Joinder of Claims" (ECF No. 6) is denied;

4. Plaintiff's motion for "Relief from Judgment" (ECF No. 7) is denied; and

5. This matter is referred back to the assigned magistrate judge for all further pretrial proceedings.

DATED: August 19, 2019.

UNITED STATES DISTRICT JUDGE